IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-41411
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RICARDO PERELES, JR.,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:00-CR-17-3
- - - - - - - - - -
September 14, 2001

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Appointed counsel for Ricardo Pereles, Jr. requests permission to withdraw pursuant to Anders v. California, 386 U.S. 738 (1967). Pereles has not filed a response.

     The evidence was sufficient to support the jury's verdict convicting Pereles of possession with intent to distribute and distribution of cocaine base. United States v. Moreno, 185 F.3d 465, 471 (5th Cir. 1999), cert. denied, 528 U.S. 1095 (2000); United States v. Lechuga, 888 F.2d 1472, 1478 (5th Cir. 1989).

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

In light of the testimony at trial, the district court's failure to instruct the jury on the credibility of a compensated informant was not an abuse of discretion.  See <u>United States v. Villafranca</u>, 2001 WL 838867, *2 (5th Cir. 2001); <u>United States v. Abrego</u>, 141 F.3d 142, 152 (5th Cir. 1998).

An independent review of counsel's brief and the record reveals no nonfrivolous issue for appeal.  <u>Anders</u>, 386 U.S. at 744.  Accordingly, counsel's motion is GRANTED and the APPEAL IS DISMISSED.